IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER WELTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-540 |
| | ) | Chief Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | |
| COUNTY OF BUTLER, BUTLER COUNTY PRISON, and WEXFORD HEALTH SERVICES, | ) ) ) | Re: ECF Nos. 22, 27, 29 and 30 |
| | ) | |
| Defendants. | ) | |

## ORDER

Presently before the Court are four motions filed by Plaintiff Alexander Welter: (1) a Motion to Join Defendants, ECF No. 22; (2) a Motion to Admit Supplemental Pleadings, ECF No. 27; (3) a Motion to Join Additional Defendant, ECF No. 29; and (4) a Motion to Join Additional Defendants. The relief sought by Plaintiff in these Motions, to amend and expand his original Complaint, ECF No. 3, may be obtained by his filing of an Amended Complaint wherein he can raise all desired claims against all desired parties. Plaintiff is permitted to amend his Complaint once as a matter of course within 21 days after serving it. Fed. R. Civ. P. 15(a)(1).

AND NOW, this 6th day of June, 2018, IT IS HEREBY ORDERED that Plaintiff's Motion to Join Defendants, Motion to Admit Supplemental Pleading, Motion to Join Additional Defendant and Motion to Join Additional Defendants, ECF Nos. 22, 27, 29 and 30, are DENIED without prejudice to Plaintiff's ability to file an Amended Complaint raising all claims as to all parties by June 19, 2018.

BY THE COURT:

/s/ Maureen P. Kelly
MAUREEN P. KELLY
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   Alexander Welter
      Butler County Prison

202 South Washington Street
Butler, PA 16001

All counsel of record via CM-ECF